**IN RE WILLIAMSON VILL. CONDOS.**

[362.N.C. 671 (2008)]

IN RE WILLIAMSON VILLAGE CONDOMINIUMS

No. 20A08

(Filed 12 December 2008)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 187 N.C. App. 553, 653 S.E.2d 900 (2007), reversing an order granting summary judgment for defendants entered 20 November 2006 by Judge Preston Cornelius in Superior Court, Iredell County, and remanding for entry of summary judgment in plaintiff's favor. Heard in the Supreme Court 13 October 2008.

*McIntosh Law Firm, by James C. Fuller and Prosser D. Carnegie, for plaintiff-appellee.*

*Eisele, Ashburn, Greene & Chapman, PA, by Douglas G. Eisele, for defendant-appellants.*

PER CURIAM.

AFFIRMED.